William Earl WHITE, Appellant,

v.

Sewell C. HARLAN, Chairman, Ky. Board of Parole, et al., Appellees.

Court of Appeals of Kentucky.

Oct. 20, 1972.

William Earl White, pro se by next of friend William Ronald Conner, Sr.

Ed W. Hancock, Atty. Gen., M. Curran Clem, Asst. Atty. Gen., Frankfort, for appellees.

PER CURIAM.

The remedy of prohibition applies only to judicial officers. Commonwealth ex rel. Breckinridge v. Wise, Ky., 351 S.W.2d 491 (1961).

An application for relief from the further enforcement of a valid judgment must be addressed to the court in which the judgment was rendered. 7 Am.Jur.2d 283 (Audita Querela, § 4); Balsley v. Commonwealth, Ky., 428 S.W.2d 614 (1968).

The judgment is affirmed.

All concur.